# IN THE SUPREME COURT OF THE STATE OF NEVADA

MONIER RAHALL, AN INDIVIDUAL;
AND TYCHE, LLC, A NEVADA
LIMITED LIABILITYCOMPANY,

     Appellants,

   vs.

JOHN LYNCH, AS TRUSTEE FOR THE
FOR THE JOHN LYNCH AND KELLIE
FUHR FAMILY TRUST, MEMBER OF
TYCHE ENTERTAINMENT, LLC, AND
MANAGING MEMBER OF TYCHE
ENTERTAINMENT, LLC; KELLIE
FUHR, AS TRUSTEE FOR THE JOHN
LYNCH AND KELLIE FUHR FAMILY
TRUST, MEMBER OF TYCHE
ENTERTAINMENT, LLC; BRENT
FUHR, AN INDIVIDUAL AND
MEMBER OF TYCHE
ENTERTAINMENT, LLC; KEN
SHIPALESKY, AN INDIVIDUAL;
ARLENE SHIPALESKY, AN
INDIVIDUAL; PAT LYNCH, AN
INDIVIDUAL; VICKI LYNCH, AN
INDIVIDUAL; JOHN R. LYNCH, JR.,
AS TRUSTEE FOR THE LYNCH
TRUST DATED AUGUST 26, 1997;
WILLIAM M. ERNEST, TRUSTEE FOR
THE WILLIAM M. ERNEST
REVOCABLE TRUST DATED
DECEMBER 15, 1998; DAVID AUSTIN,
AN INDIVIDUAL; JOHN FUHR, AN
INDIVIDUAL; GLENN OHNO, AN
INDIVIDUAL; TIFFANY OHNO, AN
INDIVIDUAL; STEPHEN ORTIZ, AN
INDIVIDUAL; CHRISTINA ORTIZ, AN
INDIVIDUAL; LEIGHANN
WOLKOWSKI, AN INDIVIDUAL;
TYCHE ENTERTAINMENT, LLC, A
NEVADA LIMITED LIABILITY

No. 70665

**FILED**

JAN 29 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
  DEPUTY CLERK

SUPREME COURT
OF
NEVADA

(0) 1947A

18-03845

CORPORATION; YEHIA "JOE"
AWADA, AN INDIVIDUAL; MICHAEL
LYNCH; AND JULIE LYNCH,
                              Respondents.

### ORDER DISMISSING APPEAL

This is an appeal from findings of fact, conclusions of law, and judgment. Eighth Judicial District Court, Clark County; Richard Scotti, Judge.

On November 14, 2017, this court entered an order directing appellant Monier Rahall, by November 17, 2017, to retain new counsel and cause new counsel to file a notice of appearance in this court, or to notify this court in writing that he intended to proceed in pro se. Our order also directed appellant Tyche, LLC, by November 17, 2017, to retain new counsel and cause new counsel to file a notice of appearance in this court. *See State v. Stu's Bail Bonds*, 115 Nev. 436, 436 n.1, 991 P.2d 469, 470 n.1 (1999); *Salman v. Newell*, 110 Nev. 1333, 1336, 885 P.2d 607, 608 (1994). We cautioned appellants that failure to comply with our order could result in the dismissal of this appeal.

As neither appellant has responded to our order or otherwise communicated with this court, we conclude that appellants have abandoned their appeal, and we

ORDER this appeal DISMISSED.

_____, J.
Cherry

_____, J.
Parraguirre

_____, J.
Stiglich

cc: Hon. Richard Scotti, District Judge
Larry J. Cohen, Settlement Judge
Lewis Roca Rothgerber Christie LLP/Las Vegas
Monier Rahall
Kung & Brown
Jerimy Kirschner & Associates, P.C.
Eighth District Court Clerk